[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 14-10258
Non-Argument Calendar

_____

D.C. Docket No. 6:13-cv-00450-JA-KRS

D.'URYYAH AJAMU,

Plaintiff-Appellant,

versus

DENISE Y. WILLIS, et al.,

Defendants,

UNITED STATES POSTAL SERVICE,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 28, 2014)

Before PRYOR, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

D.'Uryyah Ajamu appeals *pro se* the dismissal of his amended complaint against the United States Postal Service for violating the Freedom of Information Act, 5 U.S.C. § 552, and for withholding information because of discriminatory animus. The district court dismissed Ajamu's amended complaint for lack of subject matter jurisdiction. We affirm.

The district court correctly dismissed Ajamu's amended complaint. Ajamu alleged that the Service violated the Act by withholding an individual's address, but Ajamu attached to his original complaint a response in which the Service provided the individual's last known address. Ajamu's claim about a violation of the Act became moot when the Service produced the address. *See Lovell v. Alderete*, 630 F.2d 428, 430–31 (5th Cir. 1980). And the Service was not liable for the individual's supposed refusal to update her address. *See NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 162, 95 S. Ct. 1504, 1522 (1975). Ajamu also alleged that the Service withheld the mailing address because of his "race, color, nationality, and faith," but the district court correctly ruled that claim was barred by sovereign immunity, *see Dolan v. U.S. Postal Serv.*, 546 U.S. 481, 484, 126 S. Ct. 1252, 1256 (2006).

We **AFFIRM** the dismissal of Ajamu's amended complaint.

2